1   DOMINICA C. ANDERSON (SBN 2988)
    DANIEL B. HEIDTKE (SBN 12975)
2   TYSON E. HAFEN (SBN 13139)
    **DUANE MORRIS LLP**
3   100 North City Parkway, Suite 1560
    Las Vegas, NV  89106
4   Tele: 702.868.2600; Fax:  702.385.6862
    E-Mail:  dcanderson@duanemorris.com
5            dbheidtke@duanemorris.com
             tehafen@duanemorris.com
6
    Attorneys for Defendant *ZURICH AMERICAN*
7   *INSURANCE COMPANY*

8

9                        **UNITED STATES DISTRICT COURT**

10                              **DISTRICT OF NEVADA**

11

12  WP 6 RESTAURANT MANAGEMENT              Case No.:  2:20-cv-01506-KJD-NJK
    GROUP, LLC,
13                                           **STIPULATION AND ORDER FOR**
                    Plaintiff,               **EXTENSION OF TIME FOR DEFENDANT**
14                                           **ZURICH AMERICAN INSURANCE**
         v.                                  **COMPANY TO RESPOND TO COMPLAINT**
15
    ZURICH AMERICAN INSURANCE               **(FIRST REQUEST)**
16  COMPANY,

17                  Defendant.

18

19       Defendant ZURICH AMERICAN INSURANCE COMPANY ("Defendant"), by and

20  through its counsel, DUANE MORRIS LLP, and plaintiff WP 6 RESTAURANT MANAGEMENT

21  GROUP, LLC ("Plaintiff"), by and through its counsel, PISANELLI BICE PLLC, hereby stipulate,

22  pursuant to LR IA 6-1 and 6-2, to extend the time for Defendant to respond to Plaintiff's complaint

23  [ECF No. 1], which response is currently due September 16, 2020, up to and including **October 16,**

24  **2020**.

25  ///

26  ///

27  ///

28  ///

                                              1
                       STIPULATION AND ORDER FOR EXTENSION

1    This extension will allow Defendant's counsel, who were recently retained in this matter, to

2   analyze the claims made and obtain and review any relevant documents.  This stipulation is filed in

3   good faith and not intended to cause delay.

4        DATED this 2nd day of September 2020.

5

6   PISANELLI BICE PLLC                           DUANE MORRIS LLP

7   By:    /s/ *Debra L. Spinelli*               By:   /s/ *Tyson E. Hafen*
              Debra L. Spinelli  (SBN 9695)              Tyson E. Hafen (SBN 13139)
8   Attorneys for *Plaintiff*                     Attorneys for Defendant *Zurich American*
                                                  *Insurance Company*
9

10       **IT IS SO ORDERED:**

11   _____

12   UNITED STATES MAGISTRATE JUDGE

13   DATED: September 3, 2020

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR EXTENSION