```
 1  DOMINICA C. ANDERSON (SBN 2988)
    DANIEL B. HEIDTKE (SBN 12975)
 2  TYSON E. HAFEN (SBN 13139)
    DUANE MORRIS LLP
 3  100 North City Parkway, Suite 1560
    Las Vegas, NV 89106
 4  Tele: 702.868.2600; Fax: 702.385.6862
    E-Mail: dcanderson@duanemorris.com
 5          dbheidtke@duanemorris.com
            tehafen@duanemorris.com
 6
    Attorneys for Defendant ZURICH AMERICAN
 7  INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WP 6 RESTAURANT MANAGEMENT GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-cv-01506-KJD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ZURICH AMERICAN INSURANCE COMPANY TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant ZURICH AMERICAN INSURANCE COMPANY ("Defendant"), by and through its counsel, DUANE MORRIS LLP, and plaintiff WP 6 RESTAURANT MANAGEMENT GROUP, LLC ("Plaintiff"), by and through its counsel, PISANELLI BICE PLLC, hereby stipulate, pursuant to LR IA 6-1 and 6-2, to extend the time for Defendant to respond to Plaintiff's complaint [ECF No. 1], which response is currently due October 16, 2020, up to and including **October 23, 2020**.

///

///

///

///

This additional short extension will allow Defendant and Defendant's counsel to conclude drafting and finalizing the responsive pleading. This stipulation is filed in good faith and not intended to cause delay.

DATED this 13th day of October, 2020.

| | |
|---|---|
| PISANELLI BICE PLLC | DUANE MORRIS LLP |
| By: /s/ *Debra L. Spinelli*<br>Debra L. Spinelli (SBN 9695)<br>Attorneys for *Plaintiff* | By: /s/ *Tyson E. Hafen*<br>Tyson E. Hafen (SBN 13139)<br>Attorneys for Defendant *Zurich American Insurance Company* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2020