# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WP 6 RESTAURANT MANAGEMENT GROUP, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: 2:20-cv-01506-KJD-NJK<br><br>**Order**<br><br>[Docket No. 20] |

Pending before the Court is the parties' discovery plan. Docket No. 20. The Court **SETS** a telephonic hearing on the discovery plan for 1:00 p.m. on December 14, 2020. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: December 9, 2020

                                                                                            Nancy J. Koppe<br>                                                                                            United States Magistrate Judge