# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WP 6 RESTAURANT MANAGEMENT GROUP, LLC, | Case No.: 2:20-cv-01506-KJD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 22] |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant(s). | |

Pending before the Court is a stipulation to continue the telephonic hearing on the discovery plan, Docket No. 22, which is **GRANTED**. That hearing is **RESET** for 4:00 p.m. on December 14, 2020. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: December 11, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1