# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WP6 RESTAURANT MANAGEMENT GROUP, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: 2:20-cv-01506-KJD-NJK<br><br>**Order**<br><br>[Docket No. 36] |

Pending before the Court is a stipulation regarding electronically stored information. Docket No. 36. Having not sought an order adopting their stipulation, it appears that the parties are properly not seeking judicial oversight on the agreement they have reached. *See* Fed. R. Civ. P. 29(b). As such, however, it is not clear why this document was filed with the Court. *Cf.* Local Rule 26-7. Accordingly, the stipulation is **STRICKEN** from the docket.[1]

IT IS SO ORDERED.

Dated: May 3, 2021

                                                                Nancy J. Koppe
                                                                United States Magistrate Judge

---

[1] The fact that the stipulation is being stricken does not impact whether it is an effective agreement between the parties pursuant to Rule 29(b) of the Federal Rules of Civil Procedure.

1